UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-REK
(BBO# 380335)

|  |  |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

The Defendant Allied Old English, Inc. moves, with the assent of the Plaintiff The Whipple Company, for an extension of time to serve its answer or otherwise plead to the Complaint in this matter to and including September 18, 2004. As grounds for this motion, the Defendant states as follows:

1. The extension is necessary to provide Defendant and its counsel with sufficient time to exchange necessary information in connection with responding to the Plaintiff's Complaint.

2. The Plaintiff assents to this Motion and there will be no prejudice to the Plaintiff by the allowance of this Motion.

WHEREFORE, the Defendant Allied Old English, Inc., respectfully requests this Court to extend the time to serve its answer or otherwise plead in this matter through and including September 18, 2004.

ALLIED OLD ENGLISH, INC.
By Their Attorneys,

/s/ V. O'Rourke

Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3400

ASSENTED TO:

THE WHIPPLE COMPANY
By Its Attorney,

/s/ Majorie S. Cooke

Majorie Sommer Cooke (BBO# 097800)
Edward S. Cheng (BBO# 634063)
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: August 11, 2004

{J:\CLIENTS\lit\303619\0001\whipple\00454473.DOC;1}