AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

The Whipple Company,

**SUMMONS IN A CIVIL ACTION**

V.

Allied Old English, Inc.,

CASE NUMBER:

# 04 11641

TO: (Name and Address of Defendant)

Allied Old English, Inc.
100 Markley Street
Port Reading, NJ 07064-1897

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Marjorie Sommer Cooke, Esq.
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA 02210
(617)428-6800

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

JUL 2 3 2004

DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE JULY 29, 2004 |
|---|---|
| NAME OF SERVER (PRINT) TOM FREDERICKS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _____ *SEE BELOW _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _AUGUST 4, 2004_
                    *Date*

Signature of Server    TOM FREDERICKS, PROCESS SERVER
                        OUR FILE NO:   04-0886

_____
*Address of Server*

*SERVED SUMMONS AND COMPLAINT TO RICHARD OWENS, VICE-PRESIDENT OF FINANCE WHO ACCEPTED SERVICE.  SERVED AT ALLIED OLD ENGLISH, INC., 100 MARKLEY STREET, PORT READING, PA 07064-1897 AT 12:50 PM.  732-636-2060.

ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1880 J. F. KENNEDY BLVD.
15TH FLOOR
PHILA., PA 19103

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.