UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE WHIPPLE COMPANY,

   Plaintiff,

v.                                                        Civil Action No. 04-11641-REK

ALLIED OLD ENGLISH, INC.,

   Defendant.

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to the Court's *Notice of Scheduling Conference*, plaintiff The Whipple Company ("Whipple"), and defendant Allied Old English, Inc. ("Allied") submit the following joint statement.

**1.     Joint Proposed Discovery and Motion Plan/Schedule.**

| Event | Proposed Deadline |
|---|---|
| Exchange of Rule 26(a) (1) disclosures | November 30, 2004 |
| Service of first round paper discovery | December 7, 2004 |
| Deadline for joinder of parties | February 1, 2005 |
| Deadline for motions to amend the pleadings | February 1, 2005 |
| Completion of fact discovery | March 1, 2004 |
| Service of expert reports on issues as to which party has the burden of proof | March 28, 2005 |
| Service of rebuttal expert reports | April 28, 2005 |
| Expert depositions completed | May 30, 2005 |

1

Summary Judgment motions filed                    June 30, 2005

Counsel are of the opinion that phasing of discovery would not result in any reduction of the costs of litigation.

**2.    Agenda for Scheduling Conference.**

   i.   Adoption of the parties' joint proposed discovery and motion schedule;

   ii.  Assignment of the case to a magistrate judge.

**3.    Certification of Conference.**

Counsel, by their signatures below, affirm that they have conferred concerning the resolution of the parties' dispute through alternative dispute resolution, as well as the litigation costs associated with the options available to the parties.

**4.    Trial by Magistrate Judge.**

The parties have agreed to submit this matter to a trial by jury before a magistrate judge.

Respectfully submitted,

| THE WHIPPLE COMPANY | ALLIED OLD ENGLISH, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| _____ | _____ |
| Marjorie Sommer Cooke (BBO# 097800) | Michael P. Angelini (BBO# 019340) |
| Edward S. Cheng (BBO #634063) | Vincent F. O'Rourke, Jr. (BBO# 380335) |
| COOKE, CLANCY & GRUENTHAL, LLP | BOWDITCH & DEWEY, LLP |
| 150 Federal Street | 311 Main Street, P.O. Box 15156 |
| Boston, MA 02110 | Worcester, MA 01615-0156 |
| (617) 428-6800 | (508) 791-3511 |

Dated: November 10, 2004

f:\whipple\pleadings\initial disclosures.doc

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 11/10/04

2