UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE WHIPPLE COMPANY
    Plaintiff

V.                                      CIVIL NO. 04-11641 JLA

ALLIED OLD ENGLISH, INC.
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a **Status Conference** at **10:15 a.m.** on **Wednesday, January 26, 2005,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                  HONORABLE JOYCE LONDON ALEXANDER
                  UNITED STATES MAGISTRATE JUDGE

                  By the Court:

December 13, 2004        /S/ Rex Brown
Date                         Courtroom Clerk
                          (617) 748-9238

Notice to:    Edward S. Cheng, Esq.
                *Via electronic notice*
                Marjorie S. Cooke, Esq.
                *Via electronic notice*
                Vincent F. O'Rourke, Esq.
                *Via electronic notice*