UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE WHIPPLE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLIED OLD ENGLISH, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11641-REK |

## PLAINTIFF THE WHIPPLE COMPANY'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify that we have conferred regarding: (1) a budget for the costs of defending this litigation to conclusion; (2) alternative courses of the litigation; and (3) the use of alternative dispute resolution.

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 12/7/04
_____

Dated: November 29, 2004

THE WHIPPLE COMPANY

By: Andrew O. Crain, President

_____
Edward S. Cheng (BBO #634063)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

f:\whipple\pleadings\certificate of conference.doc