UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA
(BBO# 380335)

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

## JOINT MOTION TO AMEND DISCOVERY AND MOTION PLAN SCHEDULE

Now come the Parties, The Whipple Company and Allied Old English, Inc. and jointly move the Court to amend the Discovery and Motion Schedule in this matter to provide as follows:

| | |
|---|---|
| Completion of Fact Discovery | April 1, 2005 |
| Service of Expert Reports on Issues as to Which Party Has the Burden of Proof | April 29, 2005 |
| Service of Rebuttal Expert Reports | May 27, 2005 |
| Expert Depositions Completed | June 30, 2005 |
| Summary Judgment Motions Filed | July 29, 2005 |

| | |
|---|---|
| THE WHIPPLE COMPANY<br>By Their Attorneys, | ALLIED OLD ENGLISH, INC.<br>By Their Attorneys, |
| *Edward S. Cheng /vm*<br>Marjorie Sommer Cooke (BBO#097800)<br>Edward S. Cheng (BBO#634063)<br>Cooke, Clancy & Gruenthal, LLP<br>150 Federal Street<br>Boston, MA 02110<br>617-428-6800 | *Vincent F. O'Rourke*<br>Michael P. Angelini (BBO#019340)<br>Vincent F. O'Rourke, Jr. (BBO#380335)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |

Dated: January 5, 2005