## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA
(BBO# 380335)

|  |  |
|---|---|
| THE WHIPPLE COMPANY,<br>Plaintiff,<br><br>v.<br><br>ALLIED OLD ENGLISH, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant Allied Old English, Inc. and moves the Court to continue the status conference currently scheduled for January 26, 2005 to February 10, 2005. As grounds for this motion, counsel states that Vincent F. O'Rourke, Jr., counsel for Allied Old English, Inc. will be on trial for the week of January 24, 2005.

Respectfully submitted,
ALLIED OLD ENGLISH, INC.
By Their Attorneys,

*V. J. O'Rourke, Jr.*

Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511

Assented to:
THE WHIPPLE COMPANY
By Their Attorneys,

*Edward S. Cheng /VOL*

Marjorie Sommer Cooke (BBO#097800)
Edward S. Cheng (BBO#634063)
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA  02110
(617) 428-6800

Dated:  January 21, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by Fx/+ mail/hand on _____

*V. J. O'Rourke*

{J:\CLIENTS\lit\303619\0002\00502794.DOC;1}



**Bowditch**
**&Dewey**
ATTORNEYS

Direct telephone: (508) 926-3424
Direct facsimile: (508) 929-3035
Email: vorourke@bowditch.com

January 21, 2005

<u>Via Facsimile & First Class Mail</u>
(617) 748-4584

The Honorable Joyce London Alexander
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Attn: Rex Brown, Courtroom Clerk

Re:    <u>The Whipple Company vs. Allied Old English, Inc.</u>
       Civil Action No.: 04-11641-JLA

Dear Judge Alexander:

       Enclosed for filing please find an Assented to Motion of Allied Old English, Inc. to
Continue Status Conference in connection with the above-referenced matter.

       Thank you.

                                        Very truly yours,

                                        Vincent F. O'Rourke, Jr.

VFO/ks
Encl.
cc:    Edward S. Cheng, Esquire (Via facsimile: (617) 428-6868)
       Michael P. Angelini, Esquire



# Bowditch
# &Dewey
### ATTORNEYS

Direct telephone: (508) 926-3424
Direct facsimile: (508) 929-3035
Email: vorourke@bowditch.com

## *FACSIMILE TRANSMITTAL SHEET*

| | | |
|---|---|---|
| **TO:** | **FAX NUMBER:** | **PHONE NUMBER:** |
| The Honorable Joyce London Alexander: Attn: Rex Brown, Courtroom Clerk | 617/748-4584 | 617/7489236 |
| **DATE:** | | |
| January 21, 2005 | | |
| **FROM:** | **TOTAL NO. OF PAGES INCLUDING COVER:** | |
| Vincent F. O'Rourke, Jr., Esq. | 3 | |
| **RE:** | **CLIENT/MATTER NUMBER:** | |
| The Whipple Company vs. Allied Old English, Inc. Civil Action No.: 04-11641-JLA | 303619.0002 | |

☐  URGENT     ☐  FOR REVIEW     ☐  PLEASE COMMENT     ☐  PLEASE REPLY     ☐  PLEASE RECYCLE

Please see the attached.

## CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission contain information from the law firm of Bowditch & Dewey, LLP, which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

{J:\CLIENTS\lit\303619\0002\00502801.DOC;1}

BOWDITCH & DEWEY. LLP   311 MAIN STREET   PO BOX 15156   WORCESTER, MA 01615-0156
T 508 791 3511   F 508 756 7636   www.bowditch.com

*Boston  Framingham  Worcester*