UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA
(BBO# 380335)

| | |
|---|---|
| THE WHIPPLE COMPANY,<br>Plaintiff,<br><br>v.<br><br>ALLIED OLD ENGLISH, INC.,<br>Defendant. | RECEIVED<br>Judge Alexander's Chambers<br><br>JAN 25 2005 |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant Allied Old English, Inc. and moves the Court to continue the status conference currently scheduled for January 26, 2005 to February 10, 2005. As grounds for this motion, counsel states that Vincent F. O'Rourke, Jr., counsel for Allied Old English, Inc. will be on trial for the week of January 24, 2005.

Respectfully submitted,
ALLIED OLD ENGLISH, INC.
By Their Attorneys,

*/s/ V. F. O'Rourke, Jr.*
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Assented to:
THE WHIPPLE COMPANY
By Their Attorneys,

*/s/ Edward S. Cheng / VOR*
Marjorie Sommer Cooke (BBO#097800)
Edward S. Cheng (BBO#634063)
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: January 21, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/hand on 1/21/2005.
*/s/ V. F. O'Rourke*

{J:\CLIENTS\lit\303619\0002\00502794.DOC;1}