UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WHIPPLE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED OLD ENGLISH, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-11641-REK

## PLAINTIFF'S REPORT CONCERNING SETTLEMENT

Pursuant to the Court's order during the status conference on February 10, 2005, plaintiff The Whipple Company ("Whipple") submits the following statement concerning settlement.

1.    Whipple has attempted to contact defendant Allied Old English, Inc. ("Allied") concerning this report, but has been unsuccessful. Accordingly, Whipple is filing this report alone.

2.    The parties have discussed mediation. The parties have also discussed holding an informal settlement conference prior to mediation, and have been trying to schedule such a meeting since the status conference. Notwithstanding the scheduling difficulties thus far, Whipple hopes that such conference may be scheduled for some time before the end of the month.

2.    Meanwhile, Whipple intends to move forward with discovery, and suggests that the Court adopt the revised discovery schedule attached as Exhibit A.

Respectfully submitted,

THE WHIPPLE COMPANY

By its attorneys,

_____
Marjorie Sommer Cooke (BBO# 097800)
Edward S. Cheng (BBO #634063)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: March 7, 2005

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL
(BY HAND) ON ___3/7/05___

_____

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 04-11641-JLA |
| ALLIED OLD ENGLISH, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## WHIPPLE'S PROPOSED DISCOVERY SCHEDULE

| Event | Proposed Deadline |
|---|---|
| Completion of fact discovery | March 31, 2004 |
| Service of expert reports on issues as to which party has the burden of proof | April 29, 2005 |
| Service of rebuttal expert reports | May 27, 2005 |
| Expert depositions completed | June 30, 2005 |
| Summary Judgment motions filed | July 29, 2005 |

Respectfully submitted,

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL
(BY HAND) ON ___3/7/05___

THE WHIPPLE COMPANY

By its attorneys,

Marjorie Sommer Cooke (BBO# 097800)
Edward S. Cheng (BBO #634063)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: March 7, 2005

1