UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA
(BBO# 380335)

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REPORT CONCERNING SETTLEMENT

Defendant, Allied Old English, Inc., ("Allied"), hereby responds to Plaintiff's Report Concerning Settlement filed in this Court after the close of business on March 7, 2005.

1. Although the parties had been discussing mediation for some time, Plaintiff's counsel placed only one call to Allied's counsel (at or about 5:00 p.m. on March 7, 2005) prior to filing its report. As a result, Defendant's counsel did not have an opportunity to confer with Plaintiff's counsel concerning the report and/or the proposed schedule therein.

2. Plaintiff's counsel has properly reported that the parties have discussed the possibilities of mediation and/or other methods of alternative dispute resolution. Allied also believes that notwithstanding the scheduling difficulties encountered thus far, alternative dispute resolution will be possible. However, because of the schedule of Allied's principal, it will not be possible to conclude such sessions in the three weeks remaining in the month of March.

3. Allied believes that it is inappropriate to continue discovery until such alternative dispute resolution mechanisms have been explored and also believes that Plaintiff's proposed discovery schedule, which was never shown to Allied's counsel prior to its submission to this Court, does not provide sufficient time for discovery in this case. There are several witnesses located throughout the United States and obtaining these depositions will not be possible by March 31, 2005.

4. In light of this, Allied requests that this Court enter an Order staying discovery until May 1, 2005 to enable the parties time to conclude alternative dispute resolution mechanisms. Alternatively, Allied respectfully requests that this Court enter the attached Order.

Respectfully submitted,

ALLIED OLD ENGLISH, INC.

By Its Attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: March 8, 2005