UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

## DEFENDANT ALLIED OLD ENGLISH, INC.'S PROPOSED DISCOVERY SCHEDULE

| Event | Proposed Deadline |
|---|---|
| Completion of fact discovery | June 29, 2005 |
| Service of expert reports on issues as to which party has the burden of proof | July 29, 2005 |
| Service of rebuttal expert reports | August 29, 2005 |
| Expert depositions completed | September 29, 2005 |
| Summary Judgment motions filed | October 31, 2005 |

Respectfully submitted,

ALLIED OLD ENGLISH, INC.
By Its Attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: March 8, 2005