UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE WHIPPLE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>ALLIED OLD ENGLISH, INC.,<br><br>    Defendant. | Civil Action No. 04-11641-JLA |

FILED
IN CLERK'S OFFICE
2005 MAR -9  P 3: 35
DISTRICT COURT
DISTRICT OF MASS.

## WHIPPLE'S REVISED PROPOSED DISCOVERY SCHEDULE

| Event | Proposed Deadline |
|---|---|
| Completion of fact discovery | May 2, 2004 |
| Service of expert reports on issues as to which party has the burden of proof | May 30, 2005 |
| Service of rebuttal expert reports | June 30, 2005 |
| Expert depositions completed | August 1, 2005 |
| Summary Judgment motions filed | August 31, 2005 |

Respectfully submitted,

THE WHIPPLE COMPANY

By its attorneys,

/s/ Edward S. Cheng

Marjorie Sommer Cooke (BBO# 097800)
Edward S. Cheng (BBO #634063)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON March 9, 2005
/s/ Edward Cheng

Dated: March 9, 2005

1