**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.: 04-11641-JLA**
**(BBO# 380335)**

|  |  |
|---|---|
| THE WHIPPLE COMPANY,<br>    Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| ALLIED OLD ENGLISH, INC.,<br>    Defendant. | ) <br> ) <br> ) |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant Allied Old English, Inc. and moves the Court to continue the status conference currently scheduled for March 24, 2005 to the week of April 4, 2005. As grounds for this Motion, counsel states that counsel for Allied Old English, Inc. will both be on long scheduled family vacations on March 24, 2005. Counsel for The Whipple Company have indicated that they do not oppose this Motion.

Respectfully submitted,
ALLIED OLD ENGLISH, INC.
By Their Attorneys,

*V. F. O'Rourke, Jr.*

Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511

Dated: March 18, 2005

{J:\CLIENTS\lit\303619\0002\00521139.DOC;1}