UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA
(BBO# 019340 and BBO# 380335)

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as lead attorney for Defendant Allied Old English, Inc., in the above entitled case.

ALLIED OLD ENGLISH, INC.,
By Their Attorneys,

/s/: Michael P. Angelini
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street, P. O. Box 15156
Worcester, MA  01608-0156
Tel:  (508) 926-3400
Fax:  (508) 798-3537

Dated:  March 30, 2005

{J:\CLIENTS\lit\303619\0002\00525283.DOC;1}