UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11641-JLA

(BBO# 019340; BBO# 380335; and
BBO# 630952)

|  |  |  |
|---|---|---|
| THE WHIPPLE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| ALLIED OLD ENGLISH, INC., | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for Defendant Allied Old English, Inc., in the above entitled case.

ALLIED OLD ENGLISH, INC.,
By Their Attorneys,

/s/: Kimberly A. Stone
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Kimberly A. Stone (BBO# 630952)
Bowditch & Dewey, LLP
311 Main Street, P. O. Box 15156
Worcester, MA  01608-0156
Tel:  (508) 926-3435
Fax:  (508) 929-3033

Dated:  March 30, 2005

{J:\CLIENTS\lit\303619\0002\00522829.DOC;1}