UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:04-cv-11641-REK

THE WHIPPLE COMPANY,
Plaintiff

V.

ALLIED OLD ENGLISH, INC.,
Defendant

ORDER OF THE COURT WITH RESPECT
TO AUDIT AND MEDIATION

April 8, 2005

ALEXANDER, MJ

This court hereby ORDERS that the Audit take place on or before April 30th, 2005. Additionally, the parties indicated that private mediation was an option. In that Mediation was proposed at the February 10th status conference, the parties are hereby ORDERED to engage a Mediator on or before May 30th, 2005. SO ORDERED.

/s/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE