UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11641-JLA

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my notice of withdrawal on behalf of plaintiff The Whipple Company in the above-captioned action. Attorney Marjorie Sommer Cooke of this office will be continuing her representation of The Whipple Company in this matter.

Respectfully submitted,

EDWARD S. CHENG

_____
Edward S. Cheng (BBO#634063)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, Massachusetts 02110
(617) 428-6800

Dated: May 2, 2005

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON May 2, 2005

1