## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

The Whipple Company
        Plaintiff

V.

Allied Old English, Inc.
        Defendant

CIVIL ACTION

NO.  04 - 11641 - JLA

## SETTLEMENT ORDER OF DISMISSAL

Alexander     M. J.

The Court having been advised on  August 15, 2005  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

8/16/05
Date

/s/ Eugenia Edge
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)