UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WHIPPLE COMPANY, | ) |
| Plaintiff, | ) |
| VS. | ) CIVIL ACTION NO. 04-11641-JLA |
| ALLIED OLD ENGLISH, INC., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate and agree that the claims of Plaintiff, The Whipple Company, against Defendant, Allied Old English, Inc., and the claims of Defendant against Plaintiff are <u>dismissed with prejudice</u>. Both parties shall each bear their own costs and attorneys' fees incurred in connection with the claims hereby dismissed and all rights of appeal with respect to those claims have been waived.

The Whipple Company
by its attorney,

_/s/ Marjorie Sommer Cooke_
Marjorie Sommer Cooke (BBO# 097800)
Cooke Clancy & Gruenthal, LLP
265 Franklin Street
Boston, MA 02110
617-428-6800

Allied Old English, Inc.
by its attorneys,

_/s/ Michael P. Angelini_
Michael P. Angelini (BBO #019340)
Vincent F. O'Rourke, Jr., (BBO #380335)
Kimberly A. Stone (BBO #630952)
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608
508-926-3400

Dated: August 16, 2005

{J:\CLIENTS\lit\303619\0002\00574507.DOC;1}